```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNIDER LORENZO,

                                           Plaintiff,

                  -against-

SHALOM RESTAURANT, INC., et al.,

                                        Defendants.
----------------------------------------------------------------X

25-CV-5033 (JAV) (KHP)

<u>ORDER RESCHEDULING INITIAL
CASE MANAGEMENT
CONFERENCE</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter that is scheduled for Wednesday, November 5, 2025 at 12:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **<u>Wednesday, November 5, 2019 at 3:30 p.m.</u>**

    SO ORDERED.

DATED:    New York, New York
               October 1, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge