**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JENNIFFER LORENZO,

                           Plaintiff,

            -against-

SHALOM RESTAURANT, INC., et al.,

                       Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026

**25-CV-5033 (JAV) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status letter filed on January 15, 2026 and thanks the parties for the update. In light of the representations made in the letter, the Court directs the parties to submit an additional status letter one week after the contemplated mediation is to take place informing the Court as to whether the parties feel a settlement conference in this matter would be fruitful.

     **SO ORDERED.**

DATED:     New York, New York
             January 16, 2026

                                     KATHARINE H. PARKER
                                     United States Magistrate Judge