**Law Office of Mohammed Gangat**     675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

**March 27, 2026**

*via ECF*
Hon. Judge Katherine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

RE:   *Jennifer Lorenzo v. Shalom Restaurant, Inc. et al.*,
**1:25-cv-05033-JAV-KHP**

Your Honor,

I represent the Plaintiff in the above-referenced matter and submit this letter jointly with counsel for Defendants to respectfully request an extension of the deadlines to complete depositions and discovery.

The current deadline to complete depositions is March 30, 2026, and the deadline to complete all discovery is May 1, 2026. Plaintiff has served discovery demands, responded to Defendants' discovery requests, and served deposition notices. However, Defendants have not yet fully responded to Plaintiff's discovery demands, due to one of the named defendants being out of the Country, which are necessary for Plaintiff to conduct depositions in a meaningful and efficient manner. Defendants have indicated that they intend to serve their outstanding discovery responses by next week.

Additionally, the parties participated in mediation on March 24, 2026. While no resolution was reached at that time, discussions remain ongoing and there is a possibility that the matter may still be resolved. In light of this, and to avoid seeking relief on an urgent basis at the current deposition deadline, the parties submit this request in advance.

Accordingly, the parties respectfully request a 30-day extension of all discovery-related deadlines.

Thank you for your time and consideration of this matter.

Respectfully submitted,

*/s/ Eliseo Cabrera*
Eliseo Cabrera, Esq.