**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JENNIFER LORENZO,

                         Plaintiff,

          -against-

SHALOM RESTAURANT, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 6/11/2026
```

**25-CV-5033 (JAV) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 10, 2026 Plaintiff filed a letter pursuant to Local Rule 37.2 requesting a conference on Defendants' represented failure to respond to six depositions noticed for June 16 and 17, 2026.  Plaintiff has noted that it has tried to meet and confer with Defendants, in good faith, prior to making this request.  Given the time sensitive nature of the request, Defendants shall, by June 15, 2026, confirm their attendance at the depositions noticed or propose alternative dates for the same.  Failure to comply with this Order may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 37, including, but not limited to, preclusion of evidence and deeming certain facts established against the non-appearing Defendant(s).

     **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 57.**

     **SO ORDERED.**

DATED:     New York, New York
             June 11, 2026

                                        _Katharine H Parker_
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge