USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JENNIFER LORENZO,

Plaintiff,

-against-

SHALOM RESTAURANT, INC., et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-5033 (JAV) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 1, 2026 Plaintiff filed a letter requesting an extension of the fact discovery deadline in the above-entitled action. Defendants have not indicated whether they consent to this request. Notwithstanding, in light of the representations in Plaintiff's letter, the Court finds that good cause to extend the fact discovery deadline exists. Plaintiff's request is therefore GRANTED and fact discovery is now due **October 14, 2026**. Insofar as Plaintiff also seeks leave to file a motion to compel, the parties should be prepared to discuss any anticipated motion and the discovery issues raised in Plaintiff's letter at the September 17, 2026 Case Management Conference.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.**

**SO ORDERED.**

DATED: New York, New York
September 3, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge