**Law Office of Mohammed Gangat**
220 9th St, Suite 2049, Jersey City, NJ 07302
(718) 669-0714 mgangat@gangatpllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

**October 5, 2026**

*via ECF*
Hon. Judge Katherine H. Parker
United States Magistrate Judge
500 Pearl Street, Room 750
New York, NY 10007

**RE:** ***Jennifer Lorenzo v. Shalom Restaurant, Inc. et al.*****,**
**1:25-cv-05033-JAV-KHP**

Dear Judge Parker,

Our office represents Plaintiff in the above-referenced action. We write jointly with Defendants' counsel to respectfully inform the Court that the parties have reached a settlement in principle resolving this action..

Accordingly, the parties respectfully request that the settlement conference currently scheduled for Thursday, October 8, 2026, be canceled. The parties further request 30 days to submit the required settlement materials to the Court.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Eliseo Cabrera*
Eliseo Cabrera, Esq.

**APPLICATION GRANTED: In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for October 8, 2026 is hereby adjourned sine die.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**10/06/2026**