Augello Law Group, P.C.

*Cynthia A. Augello, Esq.*
*Managing Partner (admitted in NY, NJ, CA)*
*212-653-9719*
*cynthia@augellolaw.com*

November 2, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

**Re: Jennifer Lorenzo v. Shalom Restaurant, Inc., et al.**
**Case No. 1:25-cv-05033-JAV-KHP**

Dear Judge Parker:

I represent Defendants in the above-referenced action and write, with the consent of Plaintiff's counsel, to respectfully request an additional thirty (30) days, through December 7, 2026, to finalize and submit the necessary settlement materials to the Court.

As reflected in Plaintiff's October 5, 2026 correspondence (ECF No. 68), the parties reached a settlement in principle and requested thirty days to submit the settlement materials. By Order dated October 6, 2026, the Court adjourned the October 8, 2026 settlement conference sine die.

The parties remain committed to finalizing the settlement. Additional time is needed for counsel to review and explain certain provisions of the proposed settlement documentation to Defendants, including the nature and legal implications of a judgment and the parties' respective obligations. That process remains ongoing, and counsel is working diligently to ensure that Defendants understand the terms before the documents are executed.

Accordingly, Defendants respectfully request until December 7, 2026 to complete the settlement documentation and submit the appropriate materials. Plaintiff's counsel has been consulted and does not oppose this request.

Thank you for the Court's consideration.

APPLICATION GRANTED

Katharine H Parker 11/5/2026

Hon. Katharine H. Parker, U.S.M.J.

Respectfully submitted,

/s/ Cynthia A. Augello